FILED'07 JAN 08 14:39USDC-ORP

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | | |
|---|---|---|
| DAVID WELLS, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Case No. 06-190-PK |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| AIRGAS CARBONIC, INC., a corporation, | ) | |
| | ) | |
| Defendant. | ) | |

James Dale Huffman
Huffman & O'Hanlon
P.O. Box 973
St. Helens, Oregon  97051

    Attorney for Plaintiff

Chris Kitchel
Dennis E. Westlind
Stoel Rives, LLP
900 SW Fifth Avenue, Suite 2600
Portland, Oregon  97204

    Attorneys for Defendant

Page 1 - ORDER

KING, Judge:

The Honorable Paul Papak, United States Magistrate Judge, filed Findings and Recommendation on December 6, 2006. The matter is before this court. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2nd 1202, 1206 (8th Cir. 1983); See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

Accordingly, I ADOPT Magistrate Judge Papak's Findings and Recommendation (#42).

IT IS HEREBY ORDERED that the Plaintiff's Motion to Remand Case to State Court (#25) is GRANTED. Defendant's Motion for Summary Judgment (#17) is DENIED as moot.

Dated this 5th day of January, 2007.

_____
Garr M. King
United States District Judge